IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | Civil Action No. 2:11-cv-407 | |
| v. § | | |
| § | **LEAD CASE** | |
| BP AMERICA, *et al.*, § | | |
| § | | |
| *Defendant.* § | | |

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | Civil Action No. 2:11-cv-409 | |
| v. § | | |
| § | **CONSOLIDATED** | |
| SALLY BEAUTY SUPPLY LLC, *et al.*, § | | |
| § | | |
| *Defendant.* § | | |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

The Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC ("LBSI") and Defendants Chick-fil-A, Inc., Safeway Inc., and True Value Company (Dkt. No. 578) is **GRANTED**.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit by Plaintiff LBSI against Defendants Chick-fil-A, Inc., Safeway Inc., and True Value Company are hereby **DISMISSED WITH PREJUDICE**. It is further ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit by Defendants Chick-fil-A, Inc., Safeway Inc., and True Value Company against Plaintiff LBSI are hereby **DISMISSED WITHOUT PREJUDICE**. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 9th day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE